No. 732. SEABOARD AIR LINE RAILWAY, PLAINTIFF IN ERROR, *v.* CYNTHIA WILLIAMS, ADMINISTRATRIX OF THE

Estate of W. E. Williams, Deceased. In error to the Supreme Court of the State of South Carolina. Argued April 9, 1917. Decided April 16, 1917. *Per Curiam.* Judgment affirmed with costs upon the authority of *Chicago Junction Ry. Co.* v. *King,* 222 U. S. 222; *Seaboard Air Line Ry.* v. *Padgett,* 236 U. S. 668; *Baltimore & Ohio R. R. Co.* v. *Whitacre,* 242 U. S. 169. *Mr. J. B. S. Lyles* for plaintiff in error. *Mr. W. Boyd Evans* for defendant in error.